UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JERMAINE HARMON,<br><br>        Plaintiff,<br><br>vs.<br><br>ELKINS WRECKER SERVICE, INC., et al.,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:12-cv-758-WBH |

## J U D G M E N T

This action having come before the court, Honorable Willis B. Hunt, Jr., United States District Judge, for consideration of Plaintiff's Motion to Strike Answer of Defendant Daniel Elkins and the Court having granted said motion, it is

ORDERED AND ADJUDGED, that judgment is entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $2,739.25 in overtime payments, $8,550.00 in lost wages, $11,289.55 in liquidated damages, $46,800.00 in front pay, $5,600.00 in attorneys' fees, and $472.64 in costs for a total judgment of $75,451.44.

Dated at Atlanta, Georgia, this 6th day of November, 2014.

JAMES N. HATTEN
CLERK OF COURT


By: *s/Denise D.M. McGoldrick*
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  November 6, 2014
James N. Hatten
Clerk of Court

By: *s/Denise D.M. McGoldrick*
        Deputy Clerk